

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00495-CV

**IN THE INTEREST OF J.O.L**. and I.C.L. Children

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 12-06-27527-MCVAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the cause is REMANDED for a new trial that incorporates the fit-parent presumption into the children's best interest analysis. Costs of court for this appeal are taxed against Appellees.

SIGNED March 1, 2023.

_____
Patricia O. Alvarez, Justice